UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

ALBERT AMOS-EL a/k/a CURTIS MCGINNIS, )
)
        Plaintiff, )
vs. ) 1:06-cv-944-SEB-VSS
)
ANNA M. MULLIN, et al., )
)
        Defendants. )

## J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 07/14/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Albert Amos-El a/k/a Curtis McGinnis
DOC #129893
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064